UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
<u>EASTERN DIVISION</u>

Case No. 09-17282
Chapter 7

In re:                                     )
                                           )
    MICHELLE N. BERNHARD         )
                                           )
Debtor                                     )
                                           )

**<u>DEBTORS' MOTION TO SUBMIT AMENDED PETITION</u>**

    NOW COMES the Debtor in this action and respectfully asks this Honorable Court to permit her to submit an amended Chapter 7 petition. In support of this motion, the Debtor states that she has updated Schedule F to better indicate the sources and amounts of her unsecured debts, Schedule J to better reflect her monthly expenses, the Means Test to reflect the accurate size of her household, and the Statement of Financial Affairs to clarify her income in the prior two years.

    There are no other substantive changes to the remainder of the petition, merely changes necessary to reflect the updated information. None of these changes necessitate a change to the creditor matrix.

11/4/2009 Granted.

1

        Respectfully submitted,

        MICHELLE BERNHARD,

        By her attorney,

        /s/ Jeffrey S. Baker
        Jeffrey S. Baker, Esq.
        BAKER & ASSOCIATES, P.C.
        Two West Hill Place
        Boston, MA 02114
        (617) 357-9505
        BBO # 544929
        E-mail: bakerlaw@aol.com

Date: November 3, 2009

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was served by first class mail or E-mail on this day upon all interested parties and all parties who have filed their appearances and requested service of all pleadings filed in this case.

        /s/ Jeffrey S. Baker

Date: November 3, 2009

2